UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. MORROW, | No. 2:15-cv-2306-EFB P |
| Plaintiff, | |
| v. | ORDER |
| LAGGE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 22, 2017, the court ordered plaintiff to submit the necessary documents to effectuate service of process on defendants through the United States Marshal. ECF No. 8. Plaintiff did not submit complete copies of the 105-page complaint.

Accordingly, IT IS HEREBY ORDERED that within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court along with the required number of complete copies the complaint. Failure to comply with this order may result in an order of dismissal.

Dated: April 20, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

| | |
|---|---|
| MICHAEL L. MORROW,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAGGE, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2306-EFB P<br><br>NOTICE OF SUBMISSION OF <u>DOCUMENTS</u> |
Heading

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　_4_　　　complete copies of the November 6, 2015 complaint

DATED:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Plaintiff